IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY LYNN,

        Plaintiff,                    No. CIV S-04-0543 LKK GGH P

    vs.

ARGRO, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has requested the appointment of counsel. The court has determined that this case may be appropriate for appointment of counsel.

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, (1989). In certain exceptional circumstances, however, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015 (9th Cir. 1990); <u>Wood v. Housewright</u>, 900 F.2d 1332 (9th Cir. 1990). In this case the court is not sure whether those exceptional circumstances exist or not. Therefore, this court will refer this case to the civil rights panel in this district for review.

\\\\\

Plaintiff is cautioned while the case is under review, he has responsibility to continue to prosecute his action. The court is not staying the litigation pending the review; rather the review and continued processing of this case will take place at the same time. No scheduled dates in this litigation have been vacated. Also, it may ultimately turn out that volunteer counsel may not be procurable for plaintiff's case.

Plaintiff also seeks a court order governing discovery. However, this court previously issued the discovery order in this matter on April 20, 2005.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to serve this order upon the University of California, King Hall Civil Rights Clinic, and the Civil Rights Clinic is directed to contact the Clerk's Office to make arrangements to review the file in this case; and

2. The Civil Rights Clinic shall inform the court of their decision within 30 days from the date of this order;

3. Plaintiff's July 18, 2005 request for a discovery order is denied as moot, the court's discovery order having been previously filed; and

4. The Clerk of the Court is to re-serve by mail upon plaintiff prisoner pro se the discovery order filed in this action on April 20, 2005.

DATED: 8/10/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:009
lynn0543.crc