IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAY LYNN,

      Plaintiff,                    No. CIV S- 04-0543 LKK GGH P

    vs.

ARGRO, et al.,

      Defendants.         ORDER

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This court sent an order to King Hall Civil Rights Clinic, directing the clinic to review this case in order to determine whether they found it appropriate for their appointment as counsel. See Order filed on August 10, 2005. The Clinic has failed to respond within the time set forth by the order. Plaintiff must proceed in this action pro se, as he was cautioned might be necessary, as it appears volunteer counsel is not obtainable in this action. The Clerk of the Court is directed to serve a copy of this order upon Carter White at King Hall Civil Rights Clinic.

        IT IS SO ORDERED.

DATED: 10/24/05                          /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009/lynn0543.ord