1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RAY LYNN,

11            Plaintiff,                    No. CIV S-04-0543 LKK GGH P

12       vs.

13   ARGRO, et al.,

14            Defendants.            ORDER

15   _____/

16            Plaintiff has requested a complete copy[1] of defendants' motion for summary

17   judgment, filed on May 5, 2006.  Plaintiff also seeks an extension of time to file and serve an

18   opposition to defendants' May 5, 2006 motion for summary judgment, following re-service of

19   the motion.  Defendants have filed a statement of non-opposition to plaintiff's request and an

20   amended proof of service, indicating that they re-served plaintiff with another copy of their

21   dispositive motion on June 12, 2006.

22            Good cause appearing, IT IS HEREBY ORDERED that:

23            1.  Plaintiff's June 9, 2006 motion for an extension of time is granted; and

24            2.  Plaintiff is granted thirty days from the date of this order in which to file and

25   serve an opposition to defendants' May 5, 2006 motion for summary judgment, which defendants

26

_____

[1] According to his motion and declaration, the copy of the motion defendants' originally
served upon him was damaged during its postal delivery.

1   have indicated was re-served upon plaintiff as of June 12, 2006.  Defendants' reply, if any, shall

2   be filed seven days thereafter.

3   DATED:  6/19/06

4                                                              /s/ Gregory G. Hollows

                                                             _____
5                                                            GREGORY G. HOLLOWS
                                                             UNITED STATES MAGISTRATE JUDGE

6   GGH:009/mp
    lynn0543.36

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26